IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

THE SOLLAMI COMPANY,

        Plaintiff,                     06cv0062

     v.                          **Electronically Filed**

KENNAMETAL INC.,

        Defendant.

## <u>Order of Court</u>

AND NOW, this 4th day of April, 2008, after careful consideration of defendant's

Motion to Stay Litigation Pending Reissue Application of U.S. No. 6,585,326 B2 before the U.S.

Patent and Trademark Office (doc. no. 183), plaintiff's response in opposition thereto (doc. no.

186), and defendant's reply thereto (doc. no. 189), this Court will exercise its discretion to stay

this matter.  See *In Re: Lauglin Prods., Inc.*, 265 F. Supp.2d 525, 530 (E.D. Pa. 2003).  The

Court finds that a stay will promote judicial economy as well as the resources of the parties by

streamlining the issues for trial and will avoid the potential result of having to litigate this case

twice.  Accordingly, it is hereby ORDERED that said Motion (doc. no. 183) is GRANTED, and

this case will be STAYED and administratively closed.

                                    SO ORDERED this 4th day of April, 2008.

                                      s/Arthur J. Schwab           
                                      Arthur J. Schwab
                                      United States District Judge

cc:     All counsel of record